United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 19, 2006**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-31006
Summary Calendar

_____

FOREST C. MARTIN, SR., on behalf of Forest C. Martin, on behalf
of Neal Nassor Martin

Plaintiff-Appellant,

versus

CITY OF ALEXANDRIA; ET AL.,

Defendants,

CITY OF ALEXANDRIA; ROBERT T. DISTEFANO, in his official
capacity; STEVE BANKSTON; DOUGLAS PRESTRIDGE

Defendants-Appellees.

_____

On Appeal from the United States District Court
for the Western District of Louisiana, Alexandria
No. 1:03-CV-01282

_____

Before JONES, Chief Judge, and BARKSDALE and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

Forest C. Martin, Sr. brought a pro se action claiming
various civil rights violations by the City of Alexandria and
several of its police officers. The alleged violations occurred
during an investigation by the officers of an anonymous tip about
a suspected burglary at a car dealership where Martin and his sons
("the Martins") were performing janitorial services. During the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

investigation, the officers briefly held the Martins at gunpoint and questioned them regarding their right to be on the premises. Sympathetic as we might be to the Martins for having been misidentified as burglars by the anonymous informer, and subsequently held at gunpoint during the investigation, the district court thoroughly examined their complaints, and we find no reversible error in the court's findings of fact and conclusions of law. We therefore AFFIRM the final judgment of the district court essentially for the reasons stated in its opinion.

**AFFIRMED.**